**Fill in this information to identify your case:**

Debtor 1: Leland Francis Gohlike
   First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number: 24-32068
(If known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Gregory Jones
Creditor's Name
20 Ridgeland Drive
Number   Street

Stuart   FL   34996
City   State   ZIP Code

Contact
(772) 486-0025
Contact phone

What is the nature of the claim? Auto Loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 30,857.00

**2**

Joel Schlitz
Creditor's Name
10 2nd Street
Number   Street

Hudson   WI   54016
City   State   ZIP Code

Contact
(888) 365-5389
Contact phone

What is the nature of the claim? Attorney's fees

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 12,000.00

Debtor 1  Leland Francis Gohlike                    Case number (if known) 24-32068

**Unsecured claim**

**3** Del Blocker
Creditor's Name
6381 Osgood Avenue North
Number    Street

Stillwater    MN    55028
City    State    ZIP Code

Contact
(651) 275-1620
Contact phone

What is the nature of the claim? _____    $ 1,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**4** Gregory Miller
Creditor's Name
980 Inwood Avenue North
Number    Street

Oakdale    MN    55128
City    State    ZIP Code

Contact
(651) 789-5190
Contact phone

What is the nature of the claim? _____    $ 4,289.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**5** Xcel Energy
Creditor's Name

Number    Street
592 Old State Highway 35

Hudson    WI    54016
City    State    ZIP Code

Contact
(800) 481-4700
Contact phone

What is the nature of the claim? Utilities    $ 4,249.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**6**
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**7**
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

Debtor 1  Leland  Francis  Gohlike     Case number (if known) 24-32068

Unsecured claim

**8**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  – $_____
   Unsecured claim   $_____

**9**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  – $_____
   Unsecured claim   $_____

**10**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  – $_____
   Unsecured claim   $_____

**11**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  – $_____
   Unsecured claim   $_____

**12**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  – $_____
   Unsecured claim   $_____

Debtor 1   Leland   Francis   Gohlike       Case number (if known) 24-32068
           First Name  Middle Name  Last Name

**Unsecured claim**

**13**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**14**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**15**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**16**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**17**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 4

Debtor 1  **Leland** / **Francis** / **Gohlike**
First Name   Middle Name   Last Name

Case number (if known) **24-32068**

Unsecured claim

**18**

Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

$_____

**19**

Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

$_____

**20**

Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

$_____

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _(signed)_    X _____
Signature of Debtor 1    Signature of Debtor 2

Date  08 / 09 / 2024        Date _____
    MM / DD / YYYY             MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 5